In the Matter of MILTON APFEL et al., Claimants.
THE UNITY LIFE AND ACCIDENT INSURANCE ASSOCIATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Submitted October 20, 1944; decided November 30, 1944.

*Lyle Hornbeck* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.